No. A–1135. RAILWAY LABOR EXECUTIVES' ASSN. *v.* GIB-BONS, TRUSTEE, ET AL. Application for stay of the preliminary injunction entered by the United States District Court for the Northern District of Illinois on June 9, 1980, denied. MR. JUSTICE WHITE, MR. JUSTICE MARSHALL, and MR. JUSTICE REHNQUIST would grant the application. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. A–1168. KLUTZNICK, SECRETARY OF COMMERCE, ET AL. *v.* CONTROL DATA CORP. ET AL. Application of the Solicitor General to vacate the order of the United States Court of Appeals for the District of Columbia Circuit, entered June 24, 1980, granted. MR. JUSTICE BRENNAN dissents. MR. CHIEF JUSTICE BURGER, MR. JUSTICE BLACKMUN, and MR. JUSTICE STEVENS took no part in the consideration or decision of this application.

No. 79–1631. DEMOCRATIC PARTY OF THE UNITED STATES OF AMERICA ET AL. *v.* WISCONSIN EX REL. LA FOLLETTE ET AL. Appeal from Sup. Ct. Wis. Probable jurisdiction noted. The judgment of the Supreme Court of Wisconsin, filed January 19, 1980, is stayed pending the issuance of the mandate of this Court.

No. 78–918. REPUBLIC STEEL CORP. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL.; and

No. 78–919. AMERICAN IRON & STEEL INSTITUTE ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. C. A. 3d Cir. Motion of American Petroleum Institute et al. for leave to file a brief as *amici curiae* in No. 78–919 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 577 F. 2d 825.